**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| MONINA WOOD | Case No. 8:23-cv-00357-DOC-KES |
| Plaintiff. | |
| v. | **JUDGMENT FOR PLAINTIFF MONINA WOOD AGAINST DEFENDANT TRANS UNION, LLC** |
| EXPERIAN INFORMATION SOLUTIONS, INC. ET, AL, | |
| Defendants. | |

//

//

//

1    Pursuant to Rule 68 of the Federal Rules of Civil Procedure and in accordance with

2    Plaintiff's notice of acceptance of Offer of Judgment filed on July 20, 2023 (Dkt. 19),

3    Judgment is hereby entered against Trans Union for Monina Wood. Judgment shall be in

4    accordance with the terms and conditions set forth in the offer of judgment filed on

5

6    July 19, 2023 (Dkt. 18).

7    Trans Union is hereby dismissed from all claims asserted by Plaintiff against Trans

8    Union in this action.

9

10

11    **IT IS SO ORDERED**

12

13    Dated: August 8, 2023

_David O. Carter_

14    David O. Carter
United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28